UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE,

                Plaintiff,

    - against -                    22-cv-8690(JGK)

ILONA, INC.,                           ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 5, 2022.

SO ORDERED.

Dated:    New York, New York
           November 16, 2022

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                     United States District Judge