UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE,

                Plaintiff,

      - against -

ILONA, INC.,

                Defendant.

22-cv-8690 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to submit a Rule 26(f) report is extended to January 3, 2023.

SO ORDERED.

Dated:    New York, New York
            December 19, 2022

                                              _____
                                              John G. Koeltl
                                          United States District Judge