```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LINDA SLADE,

                Plaintiff,

    - against -

ILONA, INC.,

                Defendant.

22-cv-8690 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **February 21, 2023** is **canceled.**

SO ORDERED.

Dated:    New York, New York
            February 16, 2023

                                          _/s/ John G. Koeltl_
                                           John G. Koeltl
                                   United States District Judge