```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
LINDA SLADE,

                    Plaintiff,
                                              22-cv-8690(JGK)
        - against -
                                              ORDER
ILONA, INC.,

                    Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

The parties should submit a proposed scheduling order to the Court by **February 23, 2023.**

**SO ORDERED.**

Dated:  New York, New York
        February 16, 2023

                                        /s/ John G. Koeltl
                                        _____
                                        John G. Koeltl
                                        United States District Judge