```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

LINDA SLADE,

                Plaintiff,

   - against -

ILONA, INC.,

                Defendant.

22-cv-8690 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the parties to submit a proposed scheduling order is extended to **April 14, 2023**.

SO ORDERED.

Dated:   New York, New York
           March 21, 2023

                                          John G. Koeltl
                                 United States District Judge